# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY, | |
| Plaintiff, | 2:14-cv-00484-RFB-VCF |
| vs. | **ORDER** |
| JIN EDWARDS, CHIN EDWARDS, ANTHONY SPAAN and JOSEPH CORPUZ, | |
| Defendants. | |

Before the court is the Emergency Motion to Withdraw as Counsel for Defendants Anthony Spaan and Joseph Corpuz.  (#59).

IT IS HEREBY ORDERED that a hearing on the Emergency Motion to Withdraw as Counsel for Defendants Anthony Spaan and Joseph Corpuz (#59) is scheduled for 11:00 a.m., January 5, 2015, in courtroom 3D.

IT IS FURTHER ORDERED that Defendants Anthony Spaan and Joseph Corpuz must attend the hearing.

DATED this 24th day of December, 2014.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE