UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\*\*\*

FINANCIAL INDEMNITY COMPANY,

           Plaintiff,

vs.

JIN EDWARDS, *et al.*,

           Defendants.

Case No. 2:14–cv–484–GMN–VCF

**ORDER**

    This matter involves Financial Indemnity Company's declaratory-relief action against Jin Edwards, Chin Edwards, Anthony Spann, and Joseph Corpuz. (Compl. #1[1]). On December 24, 2014, this court entered its order (#62) scheduling a hearing on an Emergency Motion to Withdraw as Counsel for Defendants Anthony Spaan and Joseph Corpuz (#59) for 11:00 a.m., January 5, 2015, in courtroom 3D. The order directed that Defendants Anthony Spaan and Joseph Corpuz must attend the hearing.

    At 11:00 on January 5, 2015, the hearing commenced as ordered. Defendant Joseph Corpuz was in attendance, but Defendant Anthony Spaan failed to appear.

    IT IS HEREBY ORDERED that at 4:00 PM, January 20, 2015, in courtroom 3D, Defendant Anthony Spaan must appear in court and show cause why dispositive sanctions should not be entered against him in this case.

    IT IS FURTHER ORDERED, that Plaintiff and Defendant Joseph Corpuz have until January 15, 2015, to negotiate a settlement along the lines discussed in court and file a stipulation of dismissal with prejudice as to all claims against Defendant Joseph Corpuz.

---

[1] Parenthetical citations refer to the court's docket.

1

If such a stipulation and order is timely filed, the court will enter an order granting the Emergency Motion to Withdraw as Counsel for Defendants Anthony Spaan and Joseph Corpuz (#59).

IT IS SO ORDERED.

DATED this 5th day of January, 2015.

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE