**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JIN EDWARDS, *et al.*,<br><br>　　　　　　Defendants. | 2:14-cv-00484-RFB-VCF<br><br>**<u>ORDER EXTENDING BRIEFING ON MOTION FOR ENTRY OF CLERK'S DEFAULT (#51) AND THE TIME FOR COMPLETING JURISDICTIONAL DISCOVERY</u>** |

On December 22, 2014, this court's Minute Order (#61), *inter alia*, granted Plaintiff until January 16, 2015 to file its reply to a Response (#55) by Defendants Anthony Spann and Joseph Corpuz to Plaintiff's Motion for entry of Default (#51).

On January 5, 2015, a hearing was held on an Emergency Motion to Withdraw (#59) by counsel for Defendants Anthony Spann and Joseph Corpuz.  As a result and Order (#66) was entered requiring Defendant Anthon Spann to show cause why dispositive sanctions should not be entered against him and setting other deadlines.  In light of this Order (#66) and Good Cause Appearing,

IT IS HEREBY ORDERED that Plaintiff's reply the Response (#55) by Defendants Anthony Spann and Joseph Corpuz to Plaintiff's Motion for entry of Default (#51) must be filed on or before March 16, 2015.

IT IS FURTHER ORDERED that the time for completing jurisdictional discovery and set by the Stipulation and Order to Extend Time to Complete Jurisdictional Discovery (#57) is extended from February 2, 2015, to March 2, 2015, and the time for Defendants to file any Supplemental Motion to Stay

1 | is extended to March 9, 2015.

2 |     DATED this 7th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE