**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| FINANCIAL INDEMNITY COMPANY, | |
| Plaintiff, | 2:14-cv-00484-RFB-VCF |
| vs. | **ORDER** |
| JIN EDWARDS, *et al.,* | |
| Defendants. | |

Before the court is the Emergency Motion to Withdraw as Counsel for Defendants Anthony Spaan and Joseph Corpuz (#59). The court has reviewed Defendant Chin Edwards' notice of non-opposition to emergency motion to withdraw as counsel for Defendants Anthony Spaan and Joseph Corpuz (#63) and Plaintiff Financial Indemnity Company's Response to Emergency Motion to Withdraw as Counsel (#64).

Accordingly, and for good cause shown,

IT IS HEREBY ORDERED that the Emergency Motion to Withdraw as Counsel for Defendants Anthony Spaan and Joseph Corpuz (#59) is GRANTED.

DATED this 26th day of January, 2015.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE